Electronically Filed: May 8, 2013

**LIONEL SAWYER & COLLINS**
Samuel S. Lionel, NBN 1766
*slionel@lionelsawyer.com*
Christopher Mathews, NBN 10674
*cmathews@lionelsawyer.com*
Marla J. DaVee, NBN 11098
*mdavee@lionelsawyer.com*
Ryan A. Andersen, NBN 12321
*randersen@lionelswyer.com*
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845

*Proposed Special Litigation Counsel for Regal Property Holdings, Inc., Richard Neill Trevor Roberts, and Jane Sheridan Roberts*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>REGAL PROPERTY HOLDINGS, INC.,<br><br>Debtor. | Case No.: 13-13969-BTB<br>Chapter 11<br>Lead Case |
| In re:<br><br>RICHARD NEILL TREVOR ROBERTS and JANE SHERIDAN ROBERTS,<br><br>Debtors. | Case No. 13-13968-BTB<br>Chapter 11<br>Proposed Joint Administration With: 13-13969-BTB<br><br>**DECLARATION OF CHRISTOPHER MATHEWS IN SUPPORT OF APPLICATION FOR ENTRY OF ORDER AUTHORIZING THE DEBTORS TO RETAIN LIONEL SAWYER & COLLINS AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS**<br><br>Hearing Date: June 11, 2013<br>Hearing Time: 1:30 p.m. Pacific time<br>Courtroom:     4 |

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

I, Christopher Mathews, hereby state as follows under penalty of perjury:

1. I am over the age of 18 and mentally competent.

2. I make this declaration in support of the *Application for Entry of Order Authorizing the Debtors to Retain Lionel Sawyer & Collins as Special Litigation Counsel for the Debtors* (the "**Application**") filed by Regal Property Holdings, Inc., Richard Neill Trevor Roberts, and Jane Sheridan Roberts, (the "**Debtors**") in the above-captioned bankruptcy case. This Declaration constitutes the statement of Lionel Sawyer & Collins ("**LSC**") pursuant to Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure.

3. I am an attorney at law admitted to the bar of the state of Nevada and am a shareholder in the law firm of LSC, proposed special litigation counsel for the Debtors in these above-captioned bankruptcy cases.

4. I have personal knowledge of the facts stated herein, and, if called up to testify, I could and would do so.

5. These bankruptcy cases were filed by the Debtors on or about May 6, 2013.

6. Members of LSC have practices emphasizing litigation, commercial law, real estate, and other legal practice areas. Declarant has been a member of the Nevada State Bar since 2007 and has been active in many litigation cases since that time. Prior to becoming a member of the Nevada State Bar, Declarant was a member of the Air Force Judge Advocate General Corps and a judge on the Air Force Court of Criminal Appeals, among other things.

7. The Debtors wish to retain LSC as their special litigation counsel because LSC has represented the Debtors in litigation currently pending before the United States District Court, District of Nevada, entitled *Stirling Mortimer Global Property Fund PCC Limited v. Richard Neill Trevor Roberts, et al.*, case no.: 2:13-cv-00301-GMN-NJK (the "**U.S. Litigation**"). Further, the Debtors have selected LSC as their special litigation counsel because of LSC's extensive experience and expertise in civil litigation matters similar to the U.S. Litigation.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2

8.  LSC does not have any connection whatsoever with the United States Trustee for Region 17 or any other persons employed by the Office of the United States Trustee.

9.  Pursuant to Rule 5002(a) of the Federal Rules of Bankruptcy Procedure, neither I nor any members or employees of LSC are relatives of any of the United States Bankruptcy Judges serving in the United States Bankruptcy Court, District of Nevada, who are making appointments or approving employment of professional persons in such Court.

10. Pursuant to Bankruptcy Rule 2014 and Section 2 of the Guidelines of the U.S. Department of Justice, Office of the United States Trustee, Northern and Eastern District of California and Nevada, a copy of this verified statement/declaration is being transmitted to the Office of the United States Trustee concurrent with its filing.

11. I do not hold or represent, and, to the best of my knowledge and information, no other attorney of LSC holds or represents any interest directly adverse to the Debtors or their bankruptcy estates with respect to the matter for which LSC's retention is sought.  Insofar as LSC has been able to ascertain, neither I, nor LSC, nor any member, counsel, or associate thereof, has any connection with the Debtors in this case, their creditors, or any other party in interest, or their respective attorneys or accountants, except as hereinafter set forth.

12. LSC has undertaken a comparison of the persons and entities identified in the Debtors' bankruptcy petitions as creditors holding claims against the most recent complete list of LSC's current clients.  LSC formerly represented or currently represents certain of the parties listed on the Debtors' bankruptcy petitions in certain unrelated corporate, litigation, or other matters.  The parties, or their affiliates or subsidiaries, formerly or currently represented by LSC are as follows:

- Bank of America;
- Chase Bank;
- Citibank;
- Dell Financial Services
- Faith Lutheran Middle – High School
- GE Retail Capital Bank
- Quest Diagnostics
- Wells Fargo

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

13. LSC does not and will not represent any of these certain parties with respect to the above-captioned bankruptcy cases. Indeed, LSC will not represent any party other than the Debtors in the above-captioned bankruptcy cases. LSC has not represented any party on any matter related to the bankruptcy case or the U.S. Litigation in any way. Further, the subject matter of the representations of these certain parties or their affiliates or subsidiaries does not present a conflict of interest with regard to LSC's representation of the Debtors and their bankruptcy estates.

14. Since February of 2013, LSC has received approximately $83,400.00 in payment of professional fees and expenses for services provided by LSC in connection with the U.S. Litigation, such payments received on April 25, 2013 and April 30, 2013. Aside from general consultations regarding the possibility of declaring bankruptcy and the effect of the same on the U.S. Litigation, none of the fees paid to LSC represent payments for legal services in connection with the preparation and filing of these chapter 11 cases. Those services were performed by the Debtors' bankruptcy and reorganization counsel, The Schwartz Law Firm.

15. As of the petition date of May 6, 2013, LSC was owed the sum of $17,494.92 for professional fees and expenses expended or incurred during the months of April and May on behalf of the Debtors in the U.S. Litigation. LSC has not been paid for such unpaid prepetition services and expenses, nor has it released or forgiven any such amounts at this time.

16. LSC and the Debtors have agreed that LSC will charge for its professional services at the normal hourly rates of each lawyer and paralegal working on the case and that LSC will be paid for costs incurred in representing the Debtors. More specifically, the terms upon which LSC has agreed to represent the Debtor are as follows:

    a. LSC's services are necessary to enable the Debtors to adequately defend themselves and prosecute potential claims in the U.S. Litigation.

    b. LSC will charge its regular hourly rates for legal services rendered. LSC's regular hourly rates for litigation matters presently range from $185.00 per hour to

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

4

$650.00 per hour, depending on the attorneys, paralegals, and others performing work and the nature and complexity of the work involved. LSC will also seek reimbursement of costs incurred with respect to the representation.

c. Although there may be others, the following attorneys will represent the Debtors with respect to the U.S. Litigation at the following rates: Samuel S. Lionel - $650.00; Christopher Mathews - $425.00; Marla J. DaVee - $215.00; Ryan A. Andersen - $215.00.

d. The above-described hourly rates are subject to periodic change by LSC in the manner provided for by applicable rules and guidelines.

17. There are no arrangements between LSC and any other entity for the sharing of compensation received or to be received in connection with its representation of the Debtors, except insofar as such compensation may be shared among the partners and associates of LSC.

18. LSC intends to apply to the Court for compensation for professional services rendered in connection with this case, subject to the approval of the Court, and will submit interim and final applications for compensation in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and such other and further orders as the Court may enter.

19. LSC will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts of interest or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, LSC will use reasonable efforts to address any such further developments and will promptly file a supplemental declaration pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

20. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 8th day of May, 2013.        /s/ Christopher Mathews
                                                Christopher Mathews, Esq.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888