_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**May 17, 2013**
_____

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>REGAL PROPERTY HOLDINGS, INC.,<br><br>Debtor. | Case No.: 13-13969-BTB<br>Chapter 11<br>Lead Case |
| In re:<br><br>RICHARD NEILL TREVOR ROBERTS and<br>JANE SHERIDAN ROBERTS,<br><br>Debtors. | Case No. 13-13968-BTB<br>Chapter 11<br>Joint Administration With: 13-13969-BTB<br><br>**ORDER APPROVING STIPULATION REGARDING RELIEF FROM THE AUTOMATIC STAY FOR PURPOSES OF PRELIMINARY INJUNCTION APPEAL** |

On May 16, 2013, the above-captioned debtors (the "**Debtors**") filed a *Stipulation for Relief from the Automatic Stay for Purposes of Preliminary Injunction Appeal*

1  (the "**Stipulation**"), to which the Debtors and Stirling Mortimer Global Property Fund PCC
2  Limited ("**Stirling**") are parties.  As further detailed in the Stipulation, the parties have agreed to
3  certain relief from the automatic stay regarding an appeal currently pending before the United
4  States Court of Appeals for the Ninth Circuit, docketed as Ninth Circuit Case No.: 13-15943 (the
5  "**Appeal**").

6  The Court has considered the Stipulation and finds that the relief requested therein is
7  appropriate under the circumstances.

8  **NOW THEREFORE**, good cause appearing:

9  **IT IS ORDERED** that the automatic stay applicable in the above-captioned bankruptcy
10  cases through 11 U.S.C. § 362(a) is hereby modified to the full extent necessary to allow the
11  Appeal to proceed and to allow both the Debtors and Stirling to fully participate in the Appeal;

12  **IT IS FURTHER ORDERED** that such modification is retroactive to the petition date
13  of the above-captioned bankruptcy cases;

14  **IT IS FURTHER ORDERED** that the requirements contained within Rule 4001(a)(2)
15  of the Federal Rules of Bankruptcy Procedure are waived and the relief granted herein is
16  effective immediately upon entry of this Order; and

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

**IT IS FURTHER ORDERED** that the Court will retain exclusive jurisdiction over the subject matter of this Stipulation in order to resolve any dispute in connection with the rights and duties specified herein.

Respectfully Submitted by:

The Schwartz Law Firm

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NV Bar No. 10985
Bryan A. Lindsey, Esq., NV Bar No. 10662
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
*Proposed Attorneys for the Debtors*

Approved by:

Parson Behle & Latimer

/s/ J. Thomas Beckett
Michael R. Kealy, NV Bar No. 971
Karl Y. Olsen, NV Bar No. 6767
J. Thomas Beckett, UT Bar No. 5587
David M. Bennion, UT Bar No. 5664
Cory D. Sinclair, UT Bar No. 11158
50 W. Liberty Street; Suite 750
Reno, Nevada 89501
*Attorney for Stirling Mortimer Global Property Fund PCC Limited*

# # #

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3