_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**May 21, 2013**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 13-13969-BTB |
| | ) |
| Regal Property Holdings, Inc. | ) Chapter 11 |
| | ) |
| Richard N. Roberts and Jane S. Roberts, | ) Joint Administration With: |
| | ) Case No.: 13-13968-BTB |
| | ) |
| Debtors. | ) Hearing Date:  May 15, 2013 |
| _____ | ) Hearing Time:  9:30 a.m. |

**ORDER GRANTING THE DEBTORS ADDITIONAL TIME**
**WITHIN WHICH TO FILE SCHEDULES AND STATEMENTS**

Upon the motion (the "**Motion**") of the above-captioned debtors and debtors in possession (the "**Debtors**"), for entry of an order granting the Debtors additional time within which to file schedules and statements (the "**Schedules and Statements**"); and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and after due deliberation and cause appearing therefore; it is hereby

1

**ORDERED** that the time within which the Debtors shall file all Schedules and Statements required under 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(a)(3) and (b) shall be and hereby is extended pursuant to Fed. R. Bankr. P. 1007(c) for twenty-seven additional days (for a total of forty-two days) from the Petition Date, or June 17, 2013; and it is further

**ORDERED** that such extension is without prejudice to the Debtors' right to file a motion seeking further extensions from the Court or to seek waivers with respect to the filing of certain Schedules and Statements; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
Proposed Attorneys for Debtors

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_X\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:  Thomas Beckett, Esq.

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
Proposed Attorneys for the Debtors

# # #