PARSONS BEHLE & LATIMER
Michael R. Kealy, Bar No. 0971
David M. Bennion, Bar No. 5664 (Pro Hac Vice)
Cory D. Sinclair, Bar No. 11158 (Pro Hac Vice)
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  (775) 323-1601
Facsimile:  (775) 348-7250

Attorneys for
Stirling Mortimer Global Property Fund PCC Limited

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 13-13969-BTB |
| | ) |
| Regal Property Holdings, Inc. | ) Chapter 11 |
| | ) |
| Richard N. Roberts and Jane S. Roberts, | ) Joint Administration With: |
| | ) Case No.: 13-13968-BTB |
| | ) |
| Debtors. | ) Hearing:   January 23, 2014, at 2:00 p.m., |
| _____ | ) and January 24, 2014, at 9:00 a.m. |

## STIPULATION CONTINUING VOTING, OBJECTION, AND REPLY DEADLINES WITH RESPECT TO THE DEBTORS' PLAN

Stirling Mortimer Global Property Fund PCC Limited ("**Stirling**"), by and through its counsel of record, Parsons Behle & Latimer, and the above-captioned debtors and debtors-in-possession (the "**Debtors**"), by and through their counsel of record, The Schwartz Law Firm, Inc. and Lionel Sawyer & Collins, hereby stipulate and agree as follows:

WHEREAS, on July 19, 2013, the Debtors filed their: (i) Disclosure Statement for their Chapter 11 Plan of Liquidation (Docket No. 143); and (ii) motion for approval of certain procedures related to the Debtors' Plan and Disclosure Statement (the "**Procedures Motion**") (Docket No. 150);

WHEREAS, on October 28, 2014, the Court entered the Order (i) approving the disclosure statement; (ii) approving the form of ballots and proposed solicitation and tabulation procedures for

4821-1135-1831.1

the Plan; (iii) fixing December 13, 2013, as the voting deadline (the "**Voting Deadline**") with respect to the Plan, (iv) prescribing the form and manner of notice thereof; (v) fixing December 13, 2013, as the last day for filing objections to the Plan pursuant to Bankruptcy Rules 3020(b) and 9006(c)(1) (the "**Confirmation Objection Deadline**"); (vi) scheduling a hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") on January 23, 2014, at 2:00 p.m., and January 24, 2014, at 9:00 a.m., (vii) approving The Schwartz Law Firm, Inc. as the Debtors' solicitation and tabulation agent; and; (viii) fixing January 9, 2014, as the deadline for filing any replies to any objections to the Plan (the "**Reply Deadline**").

WHEREAS, the parties are currently working together to resolve the objections to the Plan and desire to continue the Voting Deadline, the Confirmation Objection Deadline, and the Reply Deadline as follows:

| Deadline | New Date |
|---|---|
| Voting Deadline | December 27, 2013 |
| Confirmation Objection Deadline | December 27, 2013 |
| Reply Deadline | January 16, 2014 |

NOW THEREFORE, Stirling and the Debtors hereby stipulate and agree to the following, and by the Order attached to this Stipulation as **Exhibit A**, seek Court approval of the same:

IT IS HEREBY STIPULATED AND AGREED that the Voting Deadline and the Confirmation Objection Deadline are extended to December 27, 2013, and the Reply Deadline is extended to January 16, 2014

4821-1135-1831.1

1

2   Date: December 12, 2013                          Date: December 12, 2013

3
    /s/ Samuel A. Schwartz, Esq.                     /s/ Ryan A. Anderson, Esq.
4   Samuel A. Schwartz, Esq.                         Ryan A. Andersen, Esq.
5   Nevada Bar No. 10985                             Nevada Bar No. 12321
    Bryan A. Lindsey, Esq.                           Lionel Sawyer & Collins
6   Nevada Bar No. 10662                             300 South 4th Street, Suite 1700
7   The Schwartz Law Firm, Inc.                      Las Vegas, Nevada 89101
    6623 Las Vegas Blvd. South, Suite 300            Special Litigation Counsel for the Debtors
8   Las Vegas, Nevada 89119
9   Attorneys for the Debtors

10
    Date: December 12, 2013
11
                                                     Submitted by:
12  /s/ J. Thomas Beckett, Esq.
13  J. Thomas Beckett, Esq.                          Parsons Behle & Latimer
    (Admitted Pro Hac Vice)
14  Parsons Behle & Latimer                          By  /s/ J. Thomas Beckett, Esq.
15  201 South Main Street, Suite 1800                Attorneys for Stirling Mortimer
16  Salt Lake City, Utah 84111                       Global Property Fund PCC Limited
    Attorneys for Stirling Mortimer
17  Global Property Fund PCC Limited

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33

34

4821-1135-1831.1

# EXHIBIT A

PARSONS BEHLE & LATIMER
Michael R. Kealy, Bar No. 0971
David M. Bennion, Bar No. 5664 (Pro Hac Vice)
Cory D. Sinclair, Bar No. 11158 (Pro Hac Vice)
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  (775) 323-1601
Facsimile:  (775) 348-7250

Attorneys for
Stirling Mortimer Global Property Fund PCC Limited

### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No.: 13-13969-BTB |
| | ) | |
| Regal Property Holdings, Inc. | ) | Chapter 11 |
| | ) | |
| Richard N. Roberts and Jane S. Roberts, | ) | Joint Administration With: |
| | ) | Case No.: 13-13968-BTB |
| | ) | |
| Debtors. | ) | Hearing: January 23, 2014, at 2:00 p.m., |
| _____ | ) | and January 24, 2014, at 9:00 a.m. |

### ORDER APPROVING STIPULATION CONTINUING VOTING, OBJECTION, AND REPLY DEADLINES WITH RESPECT TO THE DEBTORS' PLAN

Stirling Mortimer Global Property Fund PCC Limited ("**Stirling**"), by and through its counsel of record, Parsons Behle & Latimer, and the above-captioned debtors and debtors-in-possession (the "**Debtors**"), by and through their counsel of record, The Schwartz Law Firm, Inc. and Lionel Sawyer & Collines, having stipulated and agreed as provided for in that certain Stipulation (the

Page 1 of 2

"**Stipulation**") Continuing Voting, Objection, and Reply Deadlines with Respect to the Debtors' Plan in the above-captioned bankruptcy case; and the Court having considered the Stipulation and finds that the relief requested in the Stipulation is appropriate and sufficient cause exists to grant the relief; and for good cause appearing, it is hereby—

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that the Voting and Objection Deadlines on the Debtors' Plan will be extended to December 27, 2013, and that the Reply Deadline will be extended to January 16, 2014.

Submitted by:

Parsons Behle & Latimer

By  /s/ J. Thomas Beckett, esq.
Attorneys for Stirling Mortimer
Global Property Fund PCC Limited

4828-6927-5671.1

Page 2 of 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 12th day of December 2013, I filed a true and correct copy of the foregoing STIPULATION TO EXTEND VOTING, OBJECTION, AND REPLY DEADLINES WITH RESPECT TO THE DEBTORS' PLAN with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

| | | |
|---|---|---|
| **BMW FINANCIAL SERVICES, NA, LLC FKA FINANCIAL SERVICES VEHICLE TRUST** POLI & BALL PLC 3311 S. RAINBOW BLVD., STE 215 LAS VEGAS, NV 89146 702-380-8095 bkecf@poliball.com *Added: 08/13/2013* *(Creditor)* | represented by | **JAMES B. BALL** 3311 SOUTH RAINBOW BLVD. #215 LAS VEGAS, NV 89146 (702) 380-8095 (702) 380-3001 (fax) bkecf@poliball.com *Assigned: 08/13/13* |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY** *Added: 06/06/2013* *(Creditor)* | represented by | **GREGORY L. WILDE** 208 S. JONES BLVD. LAS VEGAS, NV 89107 (702) 258-8200 (702) 258-8787 (fax) nvbk@tblaw.com *Assigned: 06/06/13* |
| **IRS** POB 21126 PHILADELPHIA, PA 19114 *Added: 09/03/2013* *(Creditor)* | represented by | **ROLLIN G. THORLEY** 110 CITY PARKWAY, STE 301 LAS VEGAS, NV 89106 (702) 868-5167 (702) 868-5440 (fax) rollin.g.thorley@irscounsel.treas.gov *Assigned: 09/03/13* |
| **LIONEL SAWYER & COLLINS** *Added: 06/18/2013* *(Special Counsel)* | | |

4819-0810-1647.1

| | |
|---|---|
| **REGAL PROPERTY HOLDINGS, INC.**<br>4750 N. JENSEN STREET<br>LAS VEGAS, NV 89129-1606<br>Tax ID / EIN: 75-3236126<br>*Added: 05/06/2013*<br>*(Debtor)* | *represented by*<br><br>**BRYAN A. LINDSEY**<br>THE SCHWARTZ LAW FIRM<br>6623 LAS VEGAS BLVD. SO.,, STE 300<br>LAS VEGAS, NV 89119<br>bryan@schwartzlawyers.com<br>*Assigned: 05/07/13* |
| | **SAMUEL A. SCHWARTZ**<br>6623 LAS VEGAS BLVD. SO., STE 300<br>LAS VEGAS, NV 89119<br>(702) 385-5544<br>(702) 385-2741 (fax)<br>sam@schwartzlawyers.com<br>*Assigned: 05/06/13* |
| | **JENNIFER A. SMITH**<br>LIONEL SAWYER & COLLINS<br>50 W. LIBERTY ST., STE #1100<br>RENO, NV 89501<br>(775) 788-8666<br>cobrien@lionelsawyer.com<br>*Assigned: 10/11/13* |
| | **RYAN A. ANDERSEN**<br>LIONEL SAWYER & COLLINS<br>300 S 4TH STREET; SUITE 1700<br>LAS VEGAS, NV 89101<br>(702) 383-8935<br>RANDERSEN@LIONELSAWYER.COM<br>*Assigned: 05/08/13*<br>*TERMINATED: 05/21/13* |
| **JANE S ROBERTS**<br>4750 N. JENSEN STREET<br>LAS VEGAS, NV 89129-1606<br>SSN / ITIN: xxx-xx-1004<br>*Added: 05/07/2013*<br>*TERMINATED: 05/21/2013*<br>*(Interested Party)* | *represented by*<br><br>**RYAN A. ANDERSEN**<br>LIONEL SAWYER & COLLINS<br>300 S 4TH STREET; SUITE 1700<br>LAS VEGAS, NV 89101<br>(702) 383-8935<br>RANDERSEN@LIONELSAWYER.COM<br>*Assigned: 05/08/13*<br>*TERMINATED: 05/21/13* |

- 2 -

Parsons
Behle &
Latimer

| | | |
|---|---|---|
| | | **BRYAN A. LINDSEY**<br>THE SCHWARTZ LAW FIRM<br>6623 LAS VEGAS BLVD. SO.,, STE 300<br>LAS VEGAS, NV 89119<br>bryan@schwartzlawyers.com<br>*Assigned: 05/07/13*<br>*TERMINATED: 05/21/13* |
| | | **SAMUEL A. SCHWARTZ**<br>6623 LAS VEGAS BLVD. SO., STE 300<br>LAS VEGAS, NV 89119<br>(702) 385-5544<br>(702) 385-2741 (fax)<br>sam@schwartzlawyers.com<br>*Assigned: 05/07/13*<br>*TERMINATED: 05/21/13* |
| **JANE S. ROBERTS**<br>4750 N. JENSEN ST.<br>LAS VEGAS, NV 89129<br>*Added: 05/21/2013*<br>*(Jnt Admin Debtor)* | represented<br>by | **RYAN A. ANDERSEN**<br>LIONEL SAWYER & COLLINS<br>300 S 4TH STREET; SUITE 1700<br>LAS VEGAS, NV 89101<br>(702) 383-8935<br>RANDERSEN@LIONELSAWYER.COM<br>*Assigned: 06/17/13* |
| | | **BRYAN A. LINDSEY**<br>THE SCHWARTZ LAW FIRM<br>6623 LAS VEGAS BLVD. SO.,, STE 300<br>LAS VEGAS, NV 89119<br>bryan@schwartzlawyers.com<br>*Assigned: 05/21/13*<br>*LEAD ATTORNEY* |
| | | **SAMUEL A. SCHWARTZ**<br>6623 LAS VEGAS BLVD. SO., STE 300<br>LAS VEGAS, NV 89119<br>(702) 385-5544<br>(702) 385-2741 (fax)<br>sam@schwartzlawyers.com<br>*Assigned: 05/21/13*<br>*LEAD ATTORNEY* |

- 3 -

Parsons
Behle &
Latimer

| | | |
|---|---|---|
| | | JENNIFER A. SMITH<br>LIONEL SAWYER & COLLINS<br>50 W. LIBERTY ST., STE #1100<br>RENO, NV 89501<br>(775) 788-8666<br>cobrien@lionelsawyer.com<br>*Assigned: 10/11/13* |
| **RICHARD N ROBERTS**<br>4750 N. JENSEN STREET<br>LAS VEGAS, NV 89129<br>SSN / ITIN: xxx-xx-8517<br>*Added: 05/07/2013*<br>*TERMINATED: 05/21/2013*<br>*(Interested Party)* | represented<br>by | **RYAN A. ANDERSEN**<br>LIONEL SAWYER & COLLINS<br>300 S 4TH STREET; SUITE 1700<br>LAS VEGAS, NV 89101<br>(702) 383-8935<br>RANDERSEN@LIONELSAWYER.COM<br>*Assigned: 05/08/13*<br>*TERMINATED: 05/21/13* |
| | | **BRYAN A. LINDSEY**<br>THE SCHWARTZ LAW FIRM<br>6623 LAS VEGAS BLVD. SO.,, STE 300<br>LAS VEGAS, NV 89119<br>bryan@schwartzlawyers.com<br>*Assigned: 05/07/13*<br>*TERMINATED: 05/21/13* |
| | | **SAMUEL A. SCHWARTZ**<br>6623 LAS VEGAS BLVD. SO., STE 300<br>LAS VEGAS, NV 89119<br>(702) 385-5544<br>(702) 385-2741 (fax)<br>sam@schwartzlawyers.com<br>*Assigned: 05/07/13*<br>*TERMINATED: 05/21/13* |
| **RICHARD N. ROBERTS**<br>4750 N. JENSEN ST.<br>LAS VEGAS, NV 89129<br>*Added: 05/21/2013*<br>*(Jnt Admin Debtor)* | represented<br>by | **RYAN A. ANDERSEN**<br>LIONEL SAWYER & COLLINS<br>300 S 4TH STREET; SUITE 1700<br>LAS VEGAS, NV 89101<br>(702) 383-8935<br>RANDERSEN@LIONELSAWYER.COM<br>*Assigned: 06/17/13* |

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BRYAN A. LINDSEY**
THE SCHWARTZ LAW FIRM
6623 LAS VEGAS BLVD. SO.,, STE 300
LAS VEGAS, NV 89119
bryan@schwartzlawyers.com
*Assigned: 05/21/13*
*LEAD ATTORNEY*

**SAMUEL A. SCHWARTZ**
6623 LAS VEGAS BLVD. SO., STE 300
LAS VEGAS, NV 89119
(702) 385-5544
(702) 385-2741 (fax)
sam@schwartzlawyers.com
*Assigned: 05/21/13*
*LEAD ATTORNEY*

**JENNIFER A. SMITH**
LIONEL SAWYER & COLLINS
50 W. LIBERTY ST., STE #1100
RENO, NV 89501
(775) 788-8666
cobrien@lionelsawyer.com
*Assigned: 10/11/13*

**STIRLING MORTIMER GLOBAL PROPERTY FUND PCC LIMITED**
PO BOX 225
HERITAGE HALL
ST. PETER PORT GUERNSEY GY1 4HY
*Added: 05/10/2013*
*(Interested Party)*

represented by

**J. THOMAS BECKETT**
PARSONS BEHLE & LATIMER
201 SOUTH MAIN STREET, SUITE 1800
POB 45898
SALT LAKE CITY, UT 84145
ECF@parsonsbehle.com
*Assigned: 05/13/13*

**DAVID M. BENNION**
PARSONS BEHLE AND LATIMER
201 SOUTH MAIN, SUITE 1800
SALT LAKE CITY, UT 84111
*Assigned: 05/16/13*
*LEAD ATTORNEY*

- 5 -

PARSONS
BEHLE &
LATIMER

**MICHAEL R KEALY**
*PARSONS BEHLE & LATMIER*
50 W. LIBERTY ST, #750
RENO, NV 89501
(775) 323-1601
(775) 348-7250 (fax)
mkealy@parsonsbehle.com
*Assigned: 05/13/13*
*LEAD ATTORNEY*

**KARL Y. OLSEN**
PARSON, BEHLE & LATIMER
50 W LIBERTY ST; STE 750
RENO, NV 89501
775.323.1601
775.348.7250 (fax)
karlolsen@parsonsbehle.com
*Assigned: 05/10/13*

**CORY D. SINCLAIR**
PARSONS BEHLE AND LATIMER
201 SOUTH MAIN, SUITE 1800
SALT LAKE CITY, UT 84111
*Assigned: 05/16/13*
*LEAD ATTORNEY*

**SYNERGY SOTHEBY'S
INTERNATIONAL REALTY**
*Added: 10/21/2013*
*(Realtor)*

**U.S. TRUSTEE - LV - 11**
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101
USTPRegion17.lv.ecf@usdoj.gov
*Added: 05/06/2013*
*(U.S. Trustee)*

Brian M. Rothschild
Employee of Parsons Behle & Latimer

- 6 -