**Electronically Filed: December 19, 2013**

**LIONEL SAWYER & COLLINS**
Samuel S. Lionel, NBN 1766
*slionel@lionelsawyer.com*
Jennifer A. Smith, NBN 610
*jsmit@lionelsawyer.com*
Ryan A. Andersen, NBN 12321
*randersen@lionelswyer.com*
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845

*Special Litigation Counsel for Regal Property Holdings, Inc., Richard Neill Trevor Roberts, and Jane Sheridan Roberts*

**THE SCHWARTZ LAW FIRM, INC.**
Samuel A. Schwartz, NBN 10985
*sam@schwartzlawyers.com*
Bryan A. Lindsey, NBN 10662
*bryan@schwartzlawyers.com*
6623 Las Vegas Boulevard South, Suite 300
Las Vegas, Nevada 89119
Telephone: 702-385-5544
Facsimile: 702-385-2741

*Attorneys for the Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>REGAL PROPERTY HOLDINGS, INC.,<br><br>Debtor. | Case No.: 13-13969-BTB<br>Chapter 11<br>Lead Case |
| In re:<br><br>RICHARD NEILL TREVOR ROBERTS and JANE SHERIDAN ROBERTS,<br><br>Debtors. | Case No. 13-13968-BTB<br>Chapter 11<br>Joint Administration With: 13-13969-BTB |
| STIRLING MORTIMER GLOBAL PROPERTY FUND PCC LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD NEILL TREVOR ROBERTS and JANE SHERIDAN ROBERTS,<br><br>Defendants. | Adversary Proceeding No.: 13-01147-BTB<br><br>**DECLARATION OF RYAN A. ANDERSEN IN SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**<br><br>Hearing Date: *OST Requested*<br>Hearing Time: *OST Requested*<br>Courtroom:   4 |

I, Ryan A. Andersen, hereby state as follows under penalty of perjury:

   1.   I am over the age of 18 and mentally competent.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2.  I make this declaration in support of the *Motion for Approval of Settlement* (the "**Motion**") filed by Regal Property Holdings, Inc., Richard Neill Trevor Roberts, and Jane Sheridan Roberts, (the "**Debtors**") in the above-captioned bankruptcy cases.

3.  I am an attorney with Lionel Sawyer & Collins ("**LSC**") and am special litigation counsel for the Debtors in the Proceeding.

4.  I have personal knowledge of the facts stated herein, and, if called upon to testify, I could and would do so.

5.  Shortly after Stirling Mortimer Global Property Fund PCC Limited ("**Stirling**" and, with the Debtors, the "**Parties**") obtained relief from the automatic stay to go forward with the litigation pending in England, in mid-September of 2013, LSC, the Debtors directed me to contact English counsel for the Stirling Parties, Maitland Walker LLP ("**MW**"), to see if Stirling had any desire to reach a negotiated, global resolution of all of the issues between the Parties.

6.  MW, on behalf of Stirling indicated that Stirling was open to a possible settlement, assuming mutually agreeable terms could be reached. Thereafter, MW and LSC engaged in settlement discussions, with the goal of achieving such a settlement.

7.  In furtherance of this settlement effort, the Parties, primarily through counsel, exchanged dozens of emails and letters and held several conference calls, sometimes involving Mr. Timothy M. Clink, director of Stirling, and Mr. Roberts directly.

8.  After approximately two months of negotiations, on November 20, 2013, the Parties reached an agreement in principle, and LSC began drafting a settlement agreement (the "**Agreement**") to memorialize the Parties' shared understanding of the terms of the negotiated resolution (the "**Settlement**"), the result of which is the Agreement.

9.  Further negotiations followed regarding the terms of the Agreement, and, ultimately the Parties agreed the Agreement was acceptable on December 18, 2013, and the Motion followed immediately thereafter.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

10. The Settlement prevents litigation with Stirling from consuming all of the assets of the Debtors' respective bankruptcy estates (the "**Estates**"), which would prevent any recovery for any creditors, frustrate any reorganization, and leave the Debtors in an untenable position.

11. Through the Settlement, substantial funds will be paid to creditors, administrative claims will be paid, and the Debtors will be able to quickly and successfully reorganize.

12. The relationships and transactions forming the basis of the dispute between the Parties involve dozens of companies, multiple foreign jurisdictions, complex questions of international finance, and fund transfers in the hundreds of millions, and LSC estimates that the litigation between the Parties will cost the Estates in total millions of dollars.

13. Further, a resolution on the merits will likely take until the end of 2015, with post-trial motions and appeals following thereafter.

14. The Debtors and the Estates have limited funds, they generate insufficient income to adequately fund the litigation in question, and their ability to secure future funding is uncertain, meaning it is unlikely that the Debtors have the funds necessary to continue participating in the extensive litigation before this Court.

15. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 19th day of December, 2013.    /s/ Ryan A. Andersen
                                                 Ryan A. Andersen, Esq.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3