Electronically Filed: December 19, 2013

| | |
|---|---|
| **LIONEL SAWYER & COLLINS** | **THE SCHWARTZ LAW FIRM, INC.** |
| Samuel S. Lionel, NBN 1766 | Samuel A. Schwartz, NBN 10985 |
| slionel@lionelsawyer.com | sam@schwartzlawyers.com |
| Jennifer A. Smith, NBN 610 | Bryan A. Lindsey, NBN 10662 |
| jsmit@lionelsawyer.com | bryan@schwartzlawyers.com |
| Ryan A. Andersen, NBN 12321 | 6623 Las Vegas Boulevard South, Suite 300 |
| randersen@lionelswyer.com | Las Vegas, Nevada 89119 |
| 300 South Fourth Street, Suite 1700 | Telephone: 702-385-5544 |
| Las Vegas, Nevada 89101 | Facsimile: 702-385-2741 |
| Telephone: 702-383-8888 | |
| Facsimile: 702-383-8845 | *Attorneys for the Debtors* |

*Special Litigation Counsel for Regal Property Holdings, Inc., Richard Neill Trevor Roberts, and Jane Sheridan Roberts*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>REGAL PROPERTY HOLDINGS, INC.,<br><br>Debtor. | Case No.: 13-13969-BTB<br>Chapter 11<br>Lead Case |
| In re:<br><br>RICHARD NEILL TREVOR ROBERTS and JANE SHERIDAN ROBERTS,<br><br>Debtors. | Case No. 13-13968-BTB<br>Chapter 11<br>Joint Administration With: 13-13969-BTB |
| STIRLING MORTIMER GLOBAL PROPERTY FUND PCC LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD NEILL TREVOR ROBERTS and JANE SHERIDAN ROBERTS,<br><br>Defendants. | Adversary Proceeding No.: 13-01147-BTB<br><br>**DECLARATION OF RICHARD NEILL TREVOR ROBERTS IN SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**<br><br>Hearing Date: *OST Requested*<br>Hearing Time: *OST Requested*<br>Courtroom: 4 |

I, Richard Neill Trevor Roberts, hereby state as follows under penalty of perjury:

    1.    I am over the age of 18 and mentally competent.

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2. I make this declaration in support of the *Motion for Approval of Settlement* (the "**Motion**") filed by Regal Property Holdings, Inc., Richard Neill Trevor Roberts, and Jane Sheridan Roberts, (the "**Debtors**") in the above-captioned bankruptcy cases.

3. I make this declaration in my individual capacity and as the President of Regal Property Holdings, Inc.

4. I have personal knowledge of the facts stated herein, and, if called upon to testify, I could and would do so.

5. I have reviewed the Motion and factual assertions made therein, and, as to those of which I have personal knowledge, I affirm the truthfulness and accuracy of such factual assertions.

6. Prior to the filing of the Debtors' respective bankruptcy cases (the "**Bankruptcy Cases**"), DLA Piper UK ("**DLA**") had acted on behalf of the Debtors for purposes of the action brought in England (the "**English Action**") by Stirling Mortimer Global Property Fund PCC Limited ("**Stirling**" and, with the Debtors, the "**Parties**").

7. Soon after filing the Bankruptcy Cases, it became clear the Debtors and their respective bankruptcy estates (the "**Estates**") could not afford to retain DLA to defend English Action.

8. Furthermore, as the Court is aware, Ms. Roberts and I each have serious health issues that make travel to England or the participation in the English Action impossible.

9. Thus, I and the other Debtors determined Lionel Sawyer & Collins ("**LSC**") would serve as lead counsel for all issues related to the various actions brought by Stirling.

10. Thereafter, I and the other Debtors informed DLA that they would not be retained by the Debtors or the Estates on a going forward basis., and that LSC would serve as the primary contact for MW with respect to any of Stirling's proceedings against the Debtors.

11. In mid-September of 2013, I directed LSC to contact English counsel for Stirling, Maitland Walker LLP ("**MW**"), in an attempt to reach a global resolution of all issues existing

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2

between the Parties. Settlement discussions began in earnest in mid-September of 2013, and detailed negotiations continued thereafter, with the Parties reaching an agreement in principle in mid-November of 2013.

12. I am familiar with and understand the terms of the settlement between the Parties (the "**Settlement**"), as such is detailed in the settlement agreement (the "**Agreement**").

13. As detailed in the Motion, given the uncertain outcome of the litigation between the Parties and the costs of such litigation, I believe the Settlement, as detailed in the Agreement, is fair and equitable and is in the best interests of the Estates and of all parties in interest.

14. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 17th day of December, 2013.

_____
Richard Neill Trevor Roberts

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3