_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
December 27, 2013

| | |
|---|---|
| **LIONEL SAWYER & COLLINS** | **THE SCHWARTZ LAW FIRM, INC.** |
| Samuel S. Lionel, NBN 1766 | Samuel A. Schwartz, NBN 10985 |
| slionel@lionelsawyer.com | sam@schwartzlawyers.com |
| Jennifer A. Smith, NBN 610 | Bryan A. Lindsey, NBN 10662 |
| jsmit@lionelsawyer.com | bryan@schwartzlawyers.com |
| Ryan A. Andersen, NBN 12321 | 6623 Las Vegas Boulevard South, Suite 300 |
| randersen@lionelswyer.com | Las Vegas, Nevada 89119 |
| 300 South Fourth Street, Suite 1700 | Telephone: 702-385-5544 |
| Las Vegas, Nevada 89101 | Facsimile: 702-385-2741 |
| Telephone: 702-383-8888 | *Attorneys for the Debtors* |
| Facsimile: 702-383-8845 | |
| *Special Litigation Counsel for Regal Property Holdings, Inc., Richard Neill Trevor Roberts, and Jane Sheridan Roberts* | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 13-13969-BTB |
| | Chapter 11 |
| REGAL PROPERTY HOLDINGS, INC., | Lead Case |
| Debtor. | |
| In re: | Case No. 13-13968-BTB |
| | Chapter 11 |
| RICHARD NEILL TREVOR ROBERTS and JANE SHERIDAN ROBERTS, | Joint Administration With: 13-13969-BTB |
| Debtors. | |
| STIRLING MORTIMER GLOBAL PROPERTY FUND PCC LIMITED, | Adversary Proceeding No.: 13-01147-BTB |
| Plaintiff, | **ORDER APPROVING SETTLEMENT AGREEMENT** |
| v. | Hearing Date: December 27, 2013 |
| | Hearing Time: 10:00 a.m. Pacific time |
| RICHARD NEILL TREVOR ROBERTS and JANE SHERIDAN ROBERTS, | Courtroom: 4 |
| Defendants. | |

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1  The Court, having considered the *Motion for Approval of Settlement Agreement* (the
2  "**Motion**") filed by Regal Property Holdings, Inc., Richard Neill Trevor Roberts, and Jane
3  Sheridan Roberts, (the "**Debtors**"); having conducted a hearing with respect to the Motion on
4  December 27, 2013 at 10:00 a.m. Pacific time, with Ryan A. Andersen of the law firm Lionel
5  Sawyer & Collins appearing on behalf of the Debtors, Samuel A. Schwartz of the law firm The
6  Schwartz Law Firm appearing on behalf of the Debtors, and J. Thomas Beckett of the law firm
7  Parsons Behle & Latimer appearing on behalf of Stirling Mortimer Global Property Fund PCC
8  Limited ("**Stirling**"), with each appearing in support of the Motion; having found that adequate
9  and proper notice and service of the Motion and of such hearing was provided to parties in
10 interest; having noted on the record of such hearing that the Motion was unopposed; having
11 found the evidence supporting approval of the Motion sufficient; having reviewed the settlement
12 agreement (the "**Agreement**") between (each a "**Party**" and collectively the "**Parties**") the
13 Debtors, on the one hand, and Stirling and certain companies associated with Stirling
14 (collectively the "**Stirling Parties**"), on the other hand; having found the settlement between the
15 Parties as detailed in the Agreement (the "**Settlement**") to be in the best interest of creditors and
16 the Debtors' respective bankruptcy estates; having found that the Court has jurisdiction and
17 authority over this core matter; and having stated its findings of fact and conclusions of law on
18 the record at the conclusion of such hearing, pursuant to Fed. Rule Bankr. P. 7052, made
19 applicable to this contested matter by Fed. R. Bankr. P. 9014;

20  **NOW THEREFORE**, good cause appearing, the Court **ORDERS** as follows:

21  **IT IS HEREBY ORDERED** that the Motion is approved in its entirety;

22  **IT IS FURTHER ORDERED** that the Settlement entered into by and between the
23 Parties is hereby **APPROVED**;

24  **IT IS FURTHER ORDERED** that the Agreement, attached hereto as "**Exhibit 1**", is
25 hereby **APPROVED** and shall be binding on the Debtors and their respective bankruptcy estates
26 according to its terms;

27

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2

**IT IS FURTHER ORDERED** that the Parties are directed to and shall comply with all obligations imposed under the Agreement;

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 362(d), the automatic stay is hereby **MODIFIED** to the extent necessary to allow the Parties to take any and all actions necessary to effectuate the terms of the Agreement;

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 363(b), the Debtors are authorized to make any and all transfers required by the Agreement;

**IT IS FURTHER ORDERED** that this Order shall become immediately effective and enforceable upon its entry, and any stay that would otherwise apply to this Order under the Bankruptcy Rules or otherwise is hereby waived; and

**IT IS FURTHER ORDERED** that that this Court shall retain continuing jurisdiction to the maximum extent possible to interpret and enforce the Agreement, including any Party's right or obligation under the Agreement.

Respectfully submitted by:

**LIONEL SAWYER & COLLINS**

By:  /s/ Ryan A. Andersen
     Samuel S. Lionel, NBN 1766
     Jennifer A. Smith, NBN 610
     Ryan A. Andersen, NBN 12321
     300 South Fourth Street, Suite 1700
     Las Vegas, Nevada 89101

*Special Litigation Counsel for Regal Property Holdings, Inc., Richard Neill Trevor Roberts, and Jane Sheridan Roberts*

- and -

**THE SCHWARTZ LAW FIRM, INC.**

By:  /s/ Samuel A. Schwartz
     Samuel A. Schwartz, NBN 10985
     Bryan A. Lindsey, NBN 10662
     6623 Las Vegas Boulevard South, Suite 300
     Las Vegas, Nevada 89119

*Attorneys for the Debtors*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☑ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of December, 2013.   By:   /s/ Ryan A. Andersen
Ryan A. Andersen, NBN 12321
**LIONEL SAWYER & COLLINS**
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

*Special Litigation Counsel for Regal Property Holdings, Inc., Richard Neill Trevor Roberts, and Jane Sheridan Roberts*

# # #

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

4