_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



**Entered on Docket**
**December 31, 2013**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 13-13969-BTB |
| | ) |
| Regal Property Holdings, Inc. | ) Chapter 11 |
| | ) |
| Richard N. Roberts and Jane S. Roberts, | ) Joint Administration With: |
| | ) Case No.: 13-13968-BTB |
| | ) |
| Debtors. | ) Hearing Date: December 27, 2013 |
| | ) Hearing Time: 10:00 a.m. |

**ORDER (i) CONDITIONALLY APPROVING THE SECOND AMENDED JOINT DISCLOSURE STATEMENT FOR THE PLAN OF LIQUIDATION OF REGAL PROPERTY HOLDINGS, INC., RICHARD N. ROBERTS AND JANE S. ROBERTS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

The Debtors having settled and filed their Second Amended Disclosure Statement (the "**Disclosure Statement**") on December 19, 2013, addressing the Settlement Agreement (the "**Agreement**") approved by this Court on December 27, 2013 (See Docket No. 231); and it further appearing that the terms of the Disclosure Statement is in the best interests of the Debtors, their bankruptcy estates and their creditors; and upon all of the proceedings had

before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Pursuant to section 1125 of the Bankruptcy Code and Rule 3017(b) of the Federal Rules of Bankruptcy Procedure, the Disclosure Statement, as amended, is hereby conditionally approved, and it is further

**ORDERED** that all terms of the prior Order approving the First Amended Disclosure Statement dated September 27, 2013, and relating to solicitation of the Debtors' plan of reorganization (See Docket No. 211) are hereby incorporated into this Order as if stated herein; and it is further

**ORDERED** that pursuant to section 1128(a) of the Bankruptcy Code and Bankruptcy Rule 3017(c), the hearing to approve the Joint Disclosure Statement on a final basis and to consider confirmation of the Chapter 11 Plan shall be held on January 23, 2014, at 2:00 p.m., and January 24, 2014 at 9:00 a.m.; and it is further

**ORDERED** that the Debtors are authorized and empowered to take such other actions and execute such other documents as may be necessary or appropriate to implement the terms of this Order; and it is further

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

SUBMITTED BY:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for Debtors

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_X\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED: J. Thomas Beckett, Esq. and Ryan A. Andersen, Esq. both waived signature.

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for Debtor

# # #